# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES MESECK, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>BROWN & BROWN, INC., a Florida corporation; THE HAYS GROUP, INC., a Minnesota corporation; HAYS COMPANIES, INC., a Florida corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 8:23-CV-01980-SVW<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF COMPLAINT**<br><br>Hon. Judge Stephen V. Wilson<br><br>Orange County Superior Court Case No. 30-2023-01345267-CU-WT-CJC<br><br>Complaint Filed: September 12, 2023 Removal Date: October 20, 2023 Trial: March 10, 2025 |

Pursuant to the Parties Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 19, 2024

*/s/ Stephen V. Wilson*
Honorable Stephen V. Wilson
U.S. DISTRICT COURT JUDGE

4878-3774-9723.1 / 074059-1022

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF COMPLAINT